So Ordered.



Frank L. Kurtz
Bankruptcy Judge

Dated: November 6th, 2012

Form: eo13cp
Rev: 07/30/2012

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**ARMANDO M VALADEZ**
(Debtor)

Case Number: **12–03990–FLK13**

Chapter: **13**

**Order Confirming Chapter 13 Plan**

---

THIS MATTER came before the court for confirmation of a Chapter 13 Plan. The court reviewed the files and records herein, heard argument of the parties, and was fully advised in the premises.

IT IS HEREBY ORDERED as follows:

1. The Chapter 13 Plan, as amended or modified, satisfies the requirements of 11 U.S.C. § 1325 and is **CONFIRMED**.

2. Pursuant to LBR 2016–1(e)(3), any flat fee provided for in the Plan is allowed.

3. Although certain pre–confirmation distributions may have been made by the Chapter 13 Trustee, all future payments will be made only where a Proof of Claim is filed.

///End of Order///