UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:                                    ) Case No.: 12-3990-FLK13
                                          )
ARMANDO VALADEZ SR.,                      ) MODIFICATION OF CHAPTER 13
            Debtor(s).                    ) PLAN; CERTIFICATION OF NO
                                          ) ADVERSE EFFECT
                                          )

COMES NOW the debtor herein and, **post**-confirmation, modifies the Chapter 13 Plan as follows:

Paragraph III.A.4.b is amended to surrender the collateral securing the claim of JP Morgan Chase.

Paragraph III.A.4.b is amended to surrender the collateral securing the claim of Yakima County.

The plan is amended to a 36 month plan.

Plan payments will be $70.00 for four (4) months; $2354.00 or one (1) month; and $70.00 for the remaining 31 months of the plan. The plan base is $4804.00.

All other aspects of the plan remain unchanged. It is certified that the modified plan is proposed to be completed within 36 months after the time that the first payment under the original confirmed plan was due. No parties are adversely affected; the collateral securing the claims of JP Morgan Chase and Yakima County is surrendered; payments to unsecured creditors are not affected.

DATED: 3/26/13

/S/ MICHAEL W. LYNCH
Michael W. Lynch
Attorney for Debtors

MODIFICATION OF CHAPTER 13 PLAN- 1

MICHAEL W. LYNCH, P.S.
ATTORNEY AT LAW
24 N. 2ND ST.
YAKIMA, WA 98901
(509) 575-8961