Daniel H. Brunner
Chapter 13 Trustee
P.O. Box 1513
Spokane, WA 99210-1513
(509)747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: ) Case No.: 12-03990-FLK13
VALADEZ, ARMANDO )
) STIPULATED MODIFICATION OF
Debtor. ) CHAPTER 13 PLAN AND
) CERTIFICATE OF NO ADVERSE
) EFFECT

The undersigned hereby agree as follows:

1. The creditor refund received from ECMC in the amount of $51.97 for payment reversals is committed to the funding of the plan.

2. All other aspects of the plan remain unchanged.

Dated: 5/28/14

/s/ _____
Michael W. Lynch, WSBA #6820
Attorney for Debtor(s)

DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE

/s/ Mike I. Todd
Mike I. Todd, WSBA #26331
Staff Attorney

CERTIFICATE

The debtors certify that this stipulation has no adverse effect upon any creditors.

/s/ _____
Michael W. Lynch, WSBA #6820
Attorney for Debtor(s)

STIPULATED MODIFICATION - 1